**FILED**
**CLERK, U.S. DISTRICT COURT**

May 11, 2021

**CENTRAL DISTRICT OF CALIFORNIA**
BY: D. Brown DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> MICHAEL MONARREZ, ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:16-cr-00449-JFW-2 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    (X) other: allegations in petition, including absconding; substance

1

|   |   |
|---|---|
| 1 | abuse; and lack of sureties. |
| 2 | and/ or |
| 3 | B. ( ) The defendant has not met his/her burden of establishing by clear and |
| 4 | convincing evidence that he/she is not likely to pose a danger to the safety of |
| 5 | any other person or the community if released under 18 U.S.C. § 3142(b) or |
| 6 | (c). This finding is based on the following: |
| 7 | ( ) information in the Pretrial Services Report and Recommendation |
| 8 | ( ) information in the violation petition and report(s) |
| 9 | ( ) the defendant's nonobjection to detention at this time |
| 10 | ( ) other: |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 11, 2021

_____
KENLY KIYA KATO
United States Magistrate Judge